# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| GLORIA TURNAGE, | : | |
| | : | |
|    *Plaintiff*, | : | |
| | : | |
| v. | : | Civil Action No. 3:25-cv-840 |
| | : | |
| AION MANAGEMENT LLC, and | : | |
| AP 11 NORTH LLC. | : | |
| | : | |
|    *Defendant*. | : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Bryan A. Fratkin (VSB No. 38933) with the law firm of McGuireWoods LLP as counsel for Defendants AION Management LLC and AP 11 North LLC in the above-captioned case. The undersigned requests that all parties and interested persons serve copies of any and all papers, notices, and correspondence on the undersigned at the electronic mail address listed below.

                                                                      Respectfully submitted,

Dated: November 5, 2025                         */s/ Bryan A. Fratkin*
                                                          Bryan A. Fratkin (VSB No. 38933)
                                                          **McGuireWoods LLP**
                                                          800 East Canal Street
                                                          Richmond, VA 23219
                                                          Tel.: (804) 775-1000
                                                          Fax: (804) 775-1061
                                                          bfratkin@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 5, 2025, I electronically filed the foregoing document with the clerk of court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                           /s/ *Bryan A. Fratkin*
                                            Bryan A. Fratkin (VSB No. 38933)