**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| GLORIA TURNAGE, on behalf of herself and all similarly situated individuals, | : | |
| *Plaintiff*, | : | |
| v. | : | Civil Action No. 3:25-cv-840 |
| AION MANAGEMENT LLC and AP 11 NORTH LLC. | : | |
| *Defendants*. | : | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**
**FOR FAILURE TO STATE A CLAIM**

Defendants AION Management LLC ("AION") and AP 11 North LLC ("AP 11") by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), move this Court to dismiss Plaintiff Gloria Turnage's Complaint for failure to state a claim upon which relief can be granted.

In support of this Motion, Defendant relies on the Memorandum of Law in Support of its Motion to Dismiss and Exhibit A, filed herewith.

Respectfully submitted,

Dated: December 5, 2025

*/s/ Bryan A. Fratkin*

Padraic K. Keane, VSB # 88876
10201 Fairfax Boulevard, Suite 520
Fairfax, Virginia 22030
Telephone: (703) 246-0900
Fax: (703) 591-3676
E-mail: p.keane@jocs-law.com
E-mail: d.stratton@jocs-loaw.com

Bryan A. Fratkin (VSB No. 38933)
Juliet B. Clark (VSB No. 96918)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1000
Fax: (804) 775-1061
E-mail: bfratkin@mcguirewoods.com
E-mail: jbclark@mcguirewoods.com

Patrick R. Pettitt (VSB No. 37307)
Senex Law, PC
1901 N. Armistead Avenue
Hampton, Virginia 23666
Telephone: (804) 907-3639
Fax: (888) 374-7243
E-mail: attorney@senexlaw.com

*Counsel for Defendants AION Management LLC and AP 11 LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was filed and served through the Court's CM/ECF system this 5th day of December, 2025, to all counsel of record.

*/s/ Bryan A. Fratkin*
Bryan A. Fratkin