**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| GLORIA TURNAGE, on behalf of herself and all similarly situated individuals, | : | |
| *Plaintiff*, | : | |
| v. | : | Civil Action No. 3:25-cv-840 |
| AION MANAGEMENT LLC and AP 11 NORTH LLC. | : | |
| *Defendants*. | : | |

**DEFENDANT AION MANAGEMENT LLC'S PARTIAL MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

Defendant AION Management LLC ("AION") by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), moves this Court to dismiss the claims against it in Plaintiff Gloria Turnage's First Amended Complaint (Counts I and III) for failure to state a claim upon which relief can be granted.

In support of this Motion, Defendant relies on the Memorandum of Law in Support of its Motion to Dismiss and Exhibit A, filed herewith.

Respectfully submitted,

Dated: March 19, 2026

/s/ Bryan A. Fratkin

Padraic K. Keane, VSB # 88876
10201 Fairfax Boulevard, Suite 520
Fairfax, Virginia 22030
Telephone: (703) 246-0900
Fax: (703) 591-3676
E-mail: p.keane@jocs-law.com
E-mail: d.stratton@jocs-loaw.com

Bryan A. Fratkin (VSB No. 38933)
Juliet B. Clark (VSB No. 96918)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-1000
Fax: (804) 775-1061
E-mail: bfratkin@mcguirewoods.com
E-mail: jbclark@mcguirewoods.com

Patrick R. Pettitt (VSB No. 37307)
Senex Law, PC
1901 N. Armistead Avenue
Hampton, Virginia 23666
Telephone: (804) 907-3639
Fax: (888) 374-7243
E-mail: attorney@senexlaw.com

*Counsel for Defendant AION Management LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was filed and served through the Court's CM/ECF system this 19th day of March, 2026, to all counsel of record.

*/s/ Bryan A. Fratkin*
Bryan A. Fratkin