**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

GLORIA TURNAGE, *on behalf of herself and all similarly situated individuals*,

Plaintiff,

v.

AION MANAGEMENT LLC, *et al.*,

Defendants.

Civil Action No. 3:25-cv-840-REP-MRC

**NOTICE OF SETTLEMENT**

Plaintiff, through counsel, hereby notifies the Court that the parties have reached a settlement in principle in this matter. Plaintiff respectfully requests until May 22, 2026, to file a motion for preliminary approval of the class settlement, and she asks that all other deadlines be held in abeyance in the meantime.

Respectfully submitted,
**PLAINTIFF**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Matthew G. Rosendahl, VSB #93738
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: matt@kellyguzzo.com

*Counsel for Plaintiff*