**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

GLORIA TURNAGE, *on behalf of herself and all similarly situated individuals*,

Plaintiff,

v.

AION MANAGEMENT LLC, *et al.*,

Defendants.

Civil Action No. 3:25-cv-840-REP-MRC

**PLAINTIFF'S MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff, on behalf of herself and the Settlement Class Members, and under Fed. R. Civ. P. 23, hereby moves the Court for preliminary approval of the class action settlement for the reasons outlined in her contemporaneously filed memorandum of law. The proposed Settlement Agreement (which includes a proposed preliminary approval order) is attached as Exhibit 1.

Respectfully submitted,
**PLAINTIFF**

By: */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Matthew G. Rosendahl, VSB #93738
Kelly Guzzo, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email: kkelly@kellyguzzo.com
Email: matt@kellyguzzo.com

*Counsel for Plaintiff*